**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

**REHEARING ACTION: January 26, 2011**

**Docket Number: 10   00427-WCA**

**BRIAN DOYAL**
**VERSUS**
**VERNON PARISH SCHOOL BOARD**

**Appealed from Office of Workers' Compensation - # 2 Case No. 04-05616**

<u>**BEFORE JUDGES**</u>**:**

     **Hon. Oswald A. Decuir**
     **Hon. J. David Painter**
     **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Vernon Parish School Board** has this day been

     **DENIED.**
     Gremillion, J., would grant rehearing.

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Brian D. Doyal** has this day been

     **DENIED.**
     Gremillion, J., would grant rehearing.

cc: Maria Anna Losavio, Counsel for the Appellee
    Stacy Christopher Auzenne, Counsel for the Appellant